# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK ANTHONY WILLIAMS

NO. 2024 KW 1274

**FEBRUARY 14, 2025**

---

In Re: Mark Anthony Williams, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 584636, 587205, 589732, 587589.

---

**BEFORE: McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED.**

PMc
WIL
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT